UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EMANUEL LOPEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Wednesday, September 11, 2013 at 2:00 p.m.** in courtroom A-1002.

    Dated: July 10, 2013