IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00228-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EMANUEL LOPEZ,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, EMANUEL LOPEZ, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Englewood, Littleton, Colorado, on October 3, 2013, by 12:00, and will travel at his own expense.

        DATED at Denver, Colorado, this 25th day of September, 2013.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        Senior United States District Judge